```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                         07-CV-1033(JMR/RLE)
```

| | | |
|---|---|---|
| Michelle Remick | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Lake State Industries, Inc. | ) | |

This matter is before the Court for consideration of the Report and Recommendation, issued December 2, 2008, by the Honorable Raymond L. Erickson, United States Chief Magistrate Judge. The Report recommended that defendant's motion for summary judgment [Docket No. 79] be granted solely as to plaintiff's claim under the Americans with Disabilities Act. Defendant timely objected pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation [Docket No 110]. Accordingly, IT IS ORDERED that:

1. Defendant's motion [Docket No. 79] is granted as to plaintiff's claim under the Americans with Disabilities Act.

2. In all other respects, defendant's motion is denied.

Dated: January 27, 2009

                                    s/ JAMES M. ROSENBAUM
                                    JAMES M. ROSENBAUM
                                    United States District Judge